United States District Court
for the District of New Jersey

RICHARD SACCO

      Plaintiff

  v.

VERIZON NEW JERSEY, INC.

      Defendant

Civil No. 08-4592

Order of Reassignment

It is on this 31st day of October 2008,

O R D E R E D that the entitled action is reassigned from Judge Susan D. Wigenton to Judge Peter G. Sheridan.

    S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court