## ELIZABETH T. FOSTER, ATTORNEY AT LAW, LLC

### 560 SYLVAN AVENUE, US EXECUTIVE CENTER-3ʳᴰ FLOOR

### ENGLEWOOD CLIFFS, NJ 07632

### (201)290-5761

FAX: (201)215-9574   LIZILAW@GMAIL.COM

March 30, 2009

Magistrate Judge Salas
District of New Jersey
Newark, NJ
Sent via ECF

Dear Magistrate Salas:

Re: Sacco v. Verizon—Docket No. 2-08-cv 4592
Plaintiff's notice of withdrawal of motion for remand

In January, the parties agreed to limited discovery in this case with a goal of early settlement. Your Honor has requested that plaintiff withdraw the motion for remand pending such possible settlement. This letter is to memorialize plaintiff's withdrawal of the motion for remand. Should the parties fail to settle using the mechanisms the court has offered (private mediation or court-sponsored arbitration), the plaintiff will reassert his motion for remand.

Very truly yours,

Elizabeth T. Foster
Attorney for Plaintiff

Cc: Mary Moore, counsel for Verizon (via ECF)

SO ORDERED: _[signature]_
DATED: 4/14/09